AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joshua Kahle Bustle<br><br>_Defendant_ | )<br>)<br>)  Case No. 21-mj-280<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____ Joshua Kahle Bustle _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) – Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) – Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) – Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in Capitol Buildings.

Date: _____03/04/2021_____                                    2021.03.04 21:55:33 -05'00'
                                                                _Issuing officer's signature_

City and state: _____Washington, D.C._____          Robin M. Meriweather, U.S. Magistrate Judge
                                                                _Printed name and title_

---

**Return**

This warrant was received on _(date)_ __3/4/21__, and the person was arrested on _(date)_ __3/8/21__
at _(city and state)_ __Bristow, VA__.

Date: __3/9/21__

_Arresting officer's signature_
SASA John Y. Nagashima, FBI
_Printed name and title_