UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                                  Case No: 21mj280

Joshua Bustle

      Defendant

NOTICE OF APPEARANCE

      Comes now, the undersigned, and appears as counsel of record for Defendant Joshua Bustle.

      Respectfully Submitted,

      /s/
      Counsel

Timothy Anderson
2492 N. Landing Rd 104
Virginia Beach VA 23456
757-301-3636 Tel
757-301-3640 Fax
DC Bar 467166
timanderson@virginialawoffice.com

CERTIFICATE OF SERVICE

I certify that I filed a true and correct copy of this Notice with the Clerk of the District Court causing CM/ECF notice to be sent to the Assistant US Attorney in this matter.

/s/
Timothy Anderson