UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA


United States of America

v.                                                          Case No: 1:21cr238

Joshua Bustle

    Defendant


### Waiver of FRCP 32 (e)

    Comes now, the Defendant and Waives rights afforded by FRCP 32(e), specifically requiring receipt of the pre-sentence report at least 35 days prior to the hearing. Sentencing is scheduled in this matter for August 4, 2021.

    Any objections noted in the report will be reported to the Probation Officer within 7 days of receipt of the report by the Defendant modifying any rights afforded to the Defendant by FRCP 32(f).


    Respectfully Submitted,


    Joshua Bustle

    /s/ Timothy Anderson


Timothy Anderson

Anderson & Associates PC

2492 N. Landing Rd 104

Virginia Beach Va 23456

DC Bar 467166

Counsel for Defendant

CERTIFICATE OF SERVICE

I certify that a true copy of this notice was sent to all parties requiring CM/ECF notice in this matter and to:

Probation Officer Hana Field @ hana_field@dcp.uscourts.gov


/s/ Timothy Anderson