# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

United States of America

v.                                                      Case No: 1:21cr238

Jessica Bustle

Defendant

Waiver of FRCP 32 (e)

Comes now, the Defendant and Waives rights afforded by FRCP 32(e), specifically requiring receipt of the pre-sentence report at least 35 days prior to the hearing. Sentencing is scheduled in this matter for August 4, 2021.

Any objections noted in the report will be reported to the Probation Officer within 7 days of receipt of the report by the Defendant modifying any rights afforded to the Defendant by FRCP 32(f).

                                                        Respectfully Submitted,

                                                        Jessica Bustle

                                                        <u>/s/ Nabeel Kibria</u>

                                                        Nabeel Kibria

                                                        Ervin Kibria Law

                                                        1627 I St., NW Suite 600

                                                        Washington, DC 20006

                                                        DC Bar 1022468

                                                        Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a true copy of this notice was sent to all parties requiring CM/ECF notice in this matter and to:

Probation Officer Hana Field @ hana_field@dcp.uscourts.gov

/s/ Nabeel KIbria