UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Criminal Number 1:21-CR-238

vs.

Jessica Louise Bustle

Defendant

**DEFENDANT'S POSITION PAPER WITH RESPECT TO THE PRESENTENCE REPORT**

The defendant, by and through counsel, with respect to the sentencing factors and material facts set forth in the presentence report dated July 6, 2021, prepared by Hana Field, U.S. Probation Officer, states there are no factual objections to the report.

18 USC 3553(a) factors

The 3553 factors support a sentence range of probation only. While the maximum punishment in this matter is confinement of up to 6 months in custody and a $5000 fine, the Defendant reiterates the following factors:

1. The Defendant has no adult criminal record, outside of a traffic offense, that would imply future criminal conduct.

2. The Defendant is gainfully employed and is a participating member of society.

3. The Defendant caused no violence or damage to the US Capitol Building nor threatened any law enforcement officers during the January 6 2021 encounter.

4. A similarly situated Defendant, namely - US v. Anna Morgan-Lloyd received a probation only sentence for almost identical conduct.

5. The Defendant promptly accepted responsibility and plead guilty when the opportunity to do so was offered by the government.

**CONCLUSION**

WHEREFORE, the defendant prays that this Court sentence the defendant in accordance with this position paper, to issue a probation only sentence and to grant any further relief as may be appropriate.

Respectfully submitted,

Nabeel Kibria, Esq. #1022468
1627 I ST., NW STE. 600, #509
Washington, DC 20006
(202) 689-4439
nabeel@ervinkibrialaw.com
*Attorney for Jessica Louise Bustle*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true copy of the foregoing was emailed to:

Assistant US Attorney – Michael Romano

Dcpdb_psi_documents@dcp.uscourts.gov

This 15th day of July 2021

Respectfully submitted,

Nabeel Kibria, Esq. #1022468
1627 I ST., NW STE. 600, #509
Washington, DC 20006
(202) 689-4439
nabeel@ervinkibrialaw.com
*Attorney for Jessica Louise Bustle*